# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES HOWARD, ET AL.** | \* | **CIVIL ACTION NO:** _____ |
| | \* | |
| **VERSUS** | \* | **SECTION:** _____ |
| | \* | |
| **AMERICAN INTERFIDELITY** | \* | **HONORABLE:** _____ |
| **EXCHANGE, MARKA TRANSPORT,** | \* | |
| **INC., and ROGER GRAVES** | \* | **MAGISTRATE:** _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, American Inter-Fidelity Exchange (AIFE), appearing through undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §1332 and §1441, and hereby removes this matter from the 19TH Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

## I.  PROCEDURAL HISTORY

### 1.

Plaintiffs filed this lawsuit in the 19TH Judicial District Court for the Parish of East Baton Rouge, State of Louisiana on August 12, 2022. The case was captioned "*Charles Howard and Shawntyle Jackson, individually and on behalf of their minor children, Maui Howard, Roland Jackson, Jessie Jackson, Chyna Jackson, La'reta Howard and Charles Howard Jr. versus American Inter-Fidelity Exchange; Marka Transport, Inc.; and Roger Graves.*" Docket No. C-722222, Division 21. (Exhibit A).

### 2.

Plaintiffs bring this lawsuit against Defendants, American Inter-Fidelity Exchange, Marka Trnasport, Inc., and Roger Graves, for injuries and general and special damages resulting from an automobile accident that occurred on August 31, 2021. (Exhibit A).

1

File No. 0238.0036

**3.**

Defendant removes this action from the 19TH Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, *et seq*.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332, THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00, AND COMPLETE DIVERSITY EXISTS

**1.**

28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States."

**2.**

The Fifth Circuit has explained that for the purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000 or (2) 'by settling forth the facts in controversy — preferably in the removal petition, but sometimes by affidavit that supports a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)). Plaintiff's petition and the facts set forth in this removal notice establish that the amount in controversy exceeds SEVENTY-FIVE THOUSAND and No/100s ($75,000) DOLLARS, exclusive of interest and costs.

**3.**

The Petition for Damages states that the amount in dispute exceeds $75,000. (Exhibit A). For purposes of this removal, it is apparent from the face of the petition, that the amount in

2

controversy exceeds seventy-five thousand and no/100 ($75,000.00) dollars exclusive of interest and costs.

**4.**

It is clear from the Petition for Damages that the amount in controversy exceeds SEVENTY-FIVE THOUSAND DOLLARS.

**5.**

Plaintiffs are citizens of and domiciled in the State of Louisiana. (Exhibit A).

**6.**

Defendant AIFE is a foreign corporation and citizen of the State of Indiana.

**7.**

Defendant Marka Transport, Inc. is a foreign corporation and citizen of the State of Illinois.

**8.**

Defendant, Roger Graves, is a citizen of and domiciled in the State of Texas.

**10.**

There is complete diversity of citizenship between the plaintiffs and the defendants.

**11.**

This is a civil action over which the United States District Court for the Middle District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy, exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and complete diversity exists between all adverse parties.

File No. 0238.0036

## III.    DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

**1.**

Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C. § 1332 (a)(2), which grants federal courts concurrent original jurisdiction over claims where the matter in controversy exceeds the sum or value of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and is between a citizen of a state and citizens or subjects of a foreign state.

**2.**

The 19TH Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, is located within the Middle District of Louisiana pursuant to 28 U.S.C. § 98(b). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

**3.**

No previous application has been made by Defendant, AIFE, for the relief requested herein. Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition and all other pleadings of record served on or by Defendant to date are attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Counsel Scott Andrews by e-mail and filed with the Clerk for the 19th Judicial District Court in the state court record. No other process, pleadings, or orders have been served upon Defendants.

## IV.    CONCLUSION

**1.**

Under the applicable provisions of 28 U.S.C. §1441 and other applicable statutes, all of

4

File No. 0238.0036

which Defendant, AIFE, have complied with, this cause of action is removable to the United States

District Court for the Eastern District of Louisiana.

**2.**

Defendant, AIFE, reserves the right to supplement or amend this Notice of Removal.

**3.**

Defendant, AIFE, reserve all defenses, and the filing of this Notice of Removal is subject

to, and without waiver, of any and all defenses that are or might become available, including, but

not limited to those available to Defendant, AIFE.

**4.**

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil

Procedure and Uniform Local Rules of the District Courts.

**WHEREFORE,** Defendant, AIFE, prays that the above numbered and entitled cause of

action on the docket of the 19TH Judicial District Court, State of Louisiana, be removed from said

court to the docket of the United States District Court for the Middle District of Louisiana, and

for all other general and equitable relief.

Respectfully submitted,
*s/ James R. Nieset, Jr.*

**JAMES R. NIESET, JR. (#24856)**
**SARA A. LAROSA (#37765)**
PORTEOUS, HAINKEL 7 JOHNSON, L.L.P.
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838
Direct Fax:  (504) 412-6353
Email:  jnieset@phjlaw.com
**Counsel for Defendant American Inter-Fidelity**
**Exchange**

5

File No. 0238.0036

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on September 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Charles Howard and Shawntyle Jackson**
Scott Andrews (24280)
8201 Jefferson Highway
Baton Rouge, LA 70809

J. Thaddeus Westholtz (21941)
111 Veterans Memorial Blvd, Suite 1400
Metairie, LA 70005

I hereby further certify that a copy of the foregoing Notice of Removal has also been placed in the United States mail, with proper and sufficient postage affixed, addressed to:

**Honorable Ronald Johnson**
19th Judicial District Court
300 North Boulevard
Baton Rouge, Louisiana 70801

For filing in the state court action entitled "*Charles Howard and Shawntyle Jackson, individually and on behalf of their minor children, Maui Howard, Roland Jackson, Jessie Jackson, Chyna Jackson, La'reta Howard and Charles Howard Jr. versus American Inter-Fidelity Exchange; Marka Transport, Inc.; and Roger Graves.*" Docket No. C-722222, Division 21 on the docket of the 19TH Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

*s/ James R. Nieset, Jr.*_____
JAMES R. NIESET, JR.
SARA A. LAROSA

6

File No. 0238.0036