EAST BATON ROUGE PARISH    C-722222
Filed Aug 12, 2022 9:24 AM           21
Deputy Clerk of Court

| | |
|---|---|
| CHARLES HOWARD AND SHAWNTYLE JACKSON, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, MAUI HOWARD, ROLAND JACKSON, JESSIE JACKSON, CHYNA JACKSON, LA'RETA HOWARD AND CHARLES HOWARD JR. | NO._____ DIV./SEC._____ <br><br> 19TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF EAST BATON ROUGE |
| AMERICAN INTER-FIDELITY EXCHANGE; MARKA TRANSPORT, INC.; AND ROGER GRAVES | STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

The petition of Charles Howard and Shawntyle Jackson, individually and on behalf of their minor children, Maui Howard, Roland Jackson, Jessie Jackson, Chyna Jackson, La'Reta Howard and Charles Howard Jr., of legal age and citizens of the State of Louisiana, respectfully represents:

1.

Made defendants herein are the following:

A) **American Inter-Fidelity Exchange**, a reciprocal insurance exchange that takes the citizenship of all of its constituent members, and is therefore believed to be a citizen of multiple states including the State of Louisiana, and which is not authorized to do but is nevertheless doing business in the State of Louisiana;

B) **Marka Transport, Inc.**, a foreign corporation believed to be a citizen of the State of Illinois, which is not authorized to do but is nevertheless doing business in the State of Louisiana; and

C) **Roger Graves**, of legal age and believed to be a citizen of the State of Texas.

2.

Charles Howard and Shawntyle Jackson are married and exercise parental authority over their minor children, Maui Howard, Roland Jackson, Jessie Jackson, Chyna Jackson, La'Reta Howard and Charles Howard Jr., pursuant to La. C.C. art. 221, *et seq.*, and bring this action to enforce the rights of their minor children pursuant to La. C.C.P. art. 683(B).

3.

On or about August 31, 2021, at approximately 3:21 p.m., a multi-vehicle wreck occurred on I-12 westbound near Essen Lane in East Baton Rouge Parish, State of Louisiana, when an 18-wheeler tractor/trailer being operated by Roger Graves rear-ended another vehicle, causing a chain-



DEFENDANT'S EXHIBIT A


Certified True and Correct Copy
CertID: 2022081200276

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date: 8/12/2022 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

reaction of rear-end collisions.

4.

One of the vehicles rear-ended was a 2011 Chevrolet Tahoe owned and being operated by Charles Howard and being occupied by his spouse, Shawntyle Jackson, and their minor children, Maui Howard, Roland Jackson, Jessie Jackson, Chyna Jackson, La'Reta Howard and Charles Howard Jr.

5.

At the time of the wreck, Roger Graves was operating the 18-wheeler tractor/trailer in the course and scope of his employment with Marka Transport, Inc., rendering said employer legally responsible for it's employee's fault pursuant to the doctrine of *respondeat superior*.

6.

The wreck, injuries and damages were caused by the fault of Roger Graves, which fault consisted more particularly, but not exclusively, of his:

A)  Violations of the Louisiana Highway Regulatory Act;

B)  Striking the rear of a lawfully proceeding vehicle;

C)  Following too closely;

D)  Driving too fast under the existing driving conditions;

E)  Failing to maintain a proper lookout; and

F)  Generally failing to exercise the required degree of care commensurate with the existing driving conditions.

7.

Additionally, or in the alternative, a cause of the wreck, injuries and damages was the fault of Marka Transport, Inc. for its negligent hiring, training, and/or supervision of its employee, Roger Graves, and/or for entrusting the vehicle to him.

8.

At the time of the wreck, there was in full force and effect one or more policies of liability insurance issued by American Inter-Fidelity Exchange affording coverage for liability of the nature asserted herein to the benefit of plaintiffs, entitling them to maintain this Direct Action against said



Certified True and Correct Copy
CertID: 2022081200276

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/12/2022 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

insurer and rendering said insurer solidarily liable with its insureds, Marka Transport, Inc. and Roger Graves.

9.

As a result of the wreck, Charles Howard sustained personal injuries, including to his neck, back, wrist and elbow, which have caused and will continue to cause him pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of earnings and earning capacity, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are solidarily liable to the extent provided by law. His damages exceed the requisite amount for the exercise of diversity jurisdiction.

10.

As a result of the wreck, Shayntyle Jackson sustained personal injuries, including to her feet, back and neck, which have caused and will continue to cause her pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of earnings and earning capacity, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are solidarily liable to the extent provided by law. Her damages exceed the requisite amount for the exercise of diversity jurisdiction.

11.

As a result of the wreck, Maui Howard sustained relatively minor personal injuries, including to her neck, which have caused and may continue to cause her pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are solidarily liable to the extent provided by law. Her damages do not exceed the requisite amount for the exercise of diversity jurisdiction.

12.

As a result of the wreck, Roland Jackson sustained relatively minor personal injuries, including to his back, leg and arm, which have caused and may continue to cause him pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are


Certified True and Correct Copy
CertID: 2022081200276

*Patricia Kilbarf*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/12/2022 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

solidarily liable to the extent provided by law. His damages do not exceed the requisite amount for the exercise of diversity jurisdiction.

13.

As a result of the wreck, Jessie Jackson sustained relatively minor personal injuries, including to his hand, head and ear, which have caused and may continue to cause him pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are solidarily liable to the extent provided by law. His damages do not exceed the requisite amount for the exercise of diversity jurisdiction.

14.

As a result of the wreck, Chyna Jackson sustained relatively minor personal injuries, including to her knee, neck and back, which have caused and may continue to cause her pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are solidarily liable to the extent provided by law. Her damages do not exceed the requisite amount for the exercise of diversity jurisdiction.

15.

As a result of the wreck, La'Reta Howard sustained relatively minor personal injuries, including to her neck, which have caused and may continue to cause her pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are solidarily liable to the extent provided by law. Her damages do not exceed the requisite amount for the exercise of diversity jurisdiction.

16.

As a result of the wreck, Charles Howard Jr. sustained relatively minor personal injuries, including to his neck, which have caused and may continue to cause him pain and suffering, mental anguish and distress, and loss of enjoyment of life, medical expenses, loss of consortium, services and society, and *Lejeune*-type bystander damages, for which the defendants are solidarily liable to


**Certified True and Correct Copy**
CertID: 20220812002276

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/12/2022 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

the extent provided by law. His damages do not exceed the requisite amount for the exercise of diversity jurisdiction.

**WHEREFORE**, plaintiffs, Charles Howard and Shawntyle Jackson, individually and on behalf of their minor children, Maui Howard, Roland Jackson, Jessie Jackson, Chyna Jackson, La'Reta Howard and Charles Howard Jr., pray that after due proceedings are had, there be judgment in their favor and against defendants, American Inter-Fidelity Exchange, Marka Transport, Inc., and Roger Graves, *in solido* to the extent provided by law, for all damages as are reasonable in the premises, together with legal interest on all sums awarded from date of judicial demand (until paid), and casting defendants with all costs of these proceedings, including legal interest thereon from date incurred (until paid).

Respectfully submitted by
Attorneys for Plaintiffs:

By: _____

Kirk A. Guidry, Sr., La. Bar Roll #20842
B. Scott Andrews, La. Bar Roll #24280
C. Scott Courrege, La. Bar Roll #37991
**DUÉ GUIDRY PIEDRAHITA ANDREWS L.C.**
8201 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 929-7481
Fax: (225) 924-4519

J. Thaddeus Westholz, La. Bar Roll #21941
**GALLAGHER & WESTHOLZ, LLC**
111 Veterans Memorial Boulevard, Suite 1400
Metairie, Louisiana 70005
Tel: (504) 887-2220
Fax: (504) 754-7542
thad@gwplawfirm.com

**SERVICE INFORMATION ON NEXT PAGE:**

Certified True and Correct Copy
CertID: 2022081200276

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/12/2022 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).