## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES HOWARD AND SHAWNTYLE JACKSON, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDRED, MAUI HOWARD, ROLAND JACKSON, JESSIE JACKSON, CHYNA JACKSON, LA'RETA HOWARD AND CHARLES HOWARD, JR. | * * * * * * * * * * | CIVIL ACTION NO: 3:22-cv-00645 |
| VERSUS | * * * | HONORABLE SHELLY D. DICK |
| AMERICAN INTERFIDELITY EXCHANGE, MARKA TRANSPORT, INC., and ROGER GRAVES | * * * | MAGISTRATE SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUBSTITUE

NOW INTO COURT come defendants, American Inter-Fidelity Exchange, ("AIFE") and Marka Transport, Inc. ("Marka"), who respectfully requests this court to substitute its Notice of Removal.

1.

On September 16, 2022, defendants filed its Notice of Removal with the improper case caption. Defendants wish to substitute its Notice of Removal with Exhibit A.

**WHEREFORE,** Defendants, defendants, American Inter-Fidelity Exchange and Marka Transport, Inc., prays that the above numbered and entitled cause of action on the docket of the 19TH Judicial District Court, State of Louisiana, be removed from said court to the docket of the

1

File No. 0238.0036

United States District Court for the Middle District of Louisiana, and for all other general and equitable relief.

>Respectfully submitted,
>*s/ James R. Nieset, Jr.*
>**JAMES R. NIESET, JR. (#24856)**
>**SARA A. LAROSA (#37765)**
>PORTEOUS, HAINKEL 7 JOHNSON, L.L.P.
>704 Carondelet Street
>New Orleans, LA  70130-3774
>Telephone:  (504) 581-3838
>Direct Fax:  (504) 412-6353
>Email:  jnieset@phjlaw.com
>**Counsel for Defendant American Inter-Fidelity Exchange**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on September 20, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Charles Howard and Shawntyle Jackson**
Scott Andrews (24280)
8201 Jefferson Highway
Baton Rouge, LA  70809

J. Thaddeus Westholtz (21941)
111 Veterans Memorial Blvd, Suite 1400
Metairie, LA 70005

>*s/ James R. Nieset, Jr.*_____
>JAMES R. NIESET, JR.
>SARA A. LAROSA

File No. 0238.0036